# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**691**

**KA 14-00491**

PRESENT: SCUDDER, P.J., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

ADAM C. SMITH, DEFENDANT-APPELLANT.

---

CHRISTOPHER MICHAEL PALERMO, WOLCOTT, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 17, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree and conspiracy in the fourth degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: June 12, 2015                          Frances E. Cafarell
                                                Clerk of the Court